No. 77–5966.  JOLLY *v.* CRISP, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 77–5968.  CROSS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–5969.  PIERCE ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5970.  CHINNICI *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5973.  SIMMONS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5977.  BROWN *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 77–5979.  BERNOTAS ET UX. *v.* CHESTER COUNTY WATER RESOURCES AUTHORITY.  Sup. Ct. Pa.  Certiorari denied.

No. 77–5980.  REINERT *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.

No. 77–5981.  REDMOND *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 77–5982.  SMITH *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 77–5983.  BOWEN *v.* ABSHIRE, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 77–5986.  THROWER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5989.  BROCKUS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–5990.  SAVAGE *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.